# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hector Barreto-Miranda | ) | Case No. |
| | ) | 3:20-MJ-1080 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 9, 2020__ in the county of __Jefferson__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S. Code § 1326(a) | Unlawful Re-entry by Illegal Alien |

This criminal complaint is based on these facts:

See attached Affidavit of Deportation Officer Mattew Grooms.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Grooms, Deportation Officer, HSI/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/21/2020

_____
*Judge's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

3:20-MJ-1080

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Grooms, am a Deportation Officer (DO) of the United States Department of Homeland Security, Immigration and Customs Enforcement, and, being duly sworn, state the following information to be true to the best of my knowledge, information, and belief:

1. I have been employed as a Deportation Officer with the United States Department of Homeland Security since 2012. Prior to that, I was a U.S. Border Patrol Agent for 4 years. I am a graduate of the Federal Law Enforcement Training Center and the U.S. Border Patrol Academy. During my career, I have personally investigated violations of federal and state laws related to illegal re-entry by undocumented aliens.

2. This complaint is based on the following facts, which are either known to me personally or have been told to me by other law enforcement officials.

3. Hector Barreto-Miranda (hereinafter "the defendant") is a native of Mexico. The defendant has never held citizenship in the United States of America.

4. Records indicate that the defendant was ordered deported by an Immigration Judge on September 28, 2010. The defendant was thereafter deported on October 07, 2010.

5. On May 09, 2020, the defendant was arrested by the Jefferson County Sheriff's Office for identity theft, trespassing, and subsequent sex offender registry violation after being booked at the Jefferson County Jail where he is currently incarcerated. The defendant was previously charged with aggravated rape and kidnapping in Memphis, Tennessee, on May 04, 2009. The defendant was subsequently convicted of criminal attempted sexual battery on June 30, 2010, and sentenced to one year of incarceration.

6. The defendant was referred to me as the on-call agent for Immigration and Customs Enforcement by the Jefferson County Sheriff's office on May 10, 2020, after the defendant was

booked and fingerprinted. Based upon voluntary statements made by the defendant and positive biometric confirmation of previous removal from the United States, an ICE Detainer (I-247A) and Administrative Warrant of Removal (I-205) were transmitted to the Jefferson County Jail via facsimile.

7. Based upon the foregoing information, probable cause exists to believe that the defendant, Hector Barreto-Miranda, is in violation of Title 8, United States Code, Section 1326(a), Unlawful Re-entry of Removed Alien.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Matthew Grooms
Deportation Officer
Bureau of Immigration and Customs Enforcement

Subscribed and sworn to before me
this 21st day of May, 2020.

_____
United States Magistrate Judge
Debra C. Poplin